

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

James R. Jackson Jr. et al

**Plaintiff,**

V.

Pacific Union Financial LLC et al

**Defendant.**

FILED

9/7/2023

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ A. Hazard , Deputy

Civil No.  23-cv-1285-CAB-BLM

**STRICKEN DOCUMENT:**
Amended Complaint

**Per Order #    22**

21