

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. JACKSON JR. and SUZETTE JACKSON,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC,<br><br>Defendant. | Case No.: 23-CV-1285-CAB-BLM<br><br>**ORDER STRIKING FIRST AMENDED COMPLAINT AND DISMISSING CASE WITH PREJUDICE** |

    Pro se Plaintiffs filed this lawsuit along with two other lawsuits in an effort to prevent foreclosure on a property located in San Diego, California. The complaints asserted an array of claims, including statutory claims, claims for violation of the United States Constitution, and common law claims, against various entities and individuals alleged to have had some role, no matter how minor, in the issuance of the mortgage on the property or the attempts to foreclose. Although the complaints are difficult to decipher, the gravamen of Plaintiffs' case as alleged in the original complaints appeared to be that foreclosure is improper because of purported defects in the securitization and or assignments of the loan. Defendants in each of the three cases filed motions to dismiss the original complaint for failure to state a claim and for lack of standing.

    On August 17, 2023, the Court held a hearing on the pending motions in Case Numbers 23cv1103 and 23cv1285. At the hearing, the Court explained to Plaintiffs that

Plaintiff Suzette Jackson lacked standing because she is not a party to any of the loan documents, that the complaints each failed to state a claim because defects in the securitization or assignment of the mortgage are not a proper basis to prevent foreclosure, and that the only claim the Court would entertain to preclude foreclosure would be a claim to quiet title based on Plaintiffs having paid off the entire balance of the loan.  In response, Plaintiffs represented to the Court that they had in fact paid off the entire loan within months of it being issued.  Accordingly, at the hearing and in a written order following the hearing, the Court (1) granted all of the motions to dismiss in each of the three cases; (2) dismissed case numbers 23cv1103 and 23cv1261 with prejudice; and (3) granted Plaintiffs leave to amend the complaint in 23cv1285 to state a claim for quiet title against Defendant Nationstar Mortgage LLC ("Nationstar") only based on their representation that they paid off the entirety of the loan.  The Court further instructed Plaintiffs to include evidence supporting any allegation that the loan was paid off.

On September 7, 2023, Plaintiffs filed a first amended complaint ("FAC") in this case.  Although Plaintiffs did follow the Court's instruction to name only Nationstar as a defendant, the FAC does not allege only a quiet title claim or allege that Plaintiffs paid off the loan.  Instead, the FAC remains equally as undecipherable as the original complaints and appears largely similar to the original complaints, asserting a host of claims premised on Plaintiffs' misguided belief that defects in the securitization or assignment of their loan are grounds to prevent foreclosure and to quiet title for Plaintiffs.  Importantly, Plaintiffs do not allege that they paid off the loan or attach any documents reflecting such payment(s).

In sum, the FAC is not consistent with the leave to amend granted by the Court. Moreover, the FAC merely re-states previously dismissed claims based on flawed legal theories, and it is not consistent with the representations Plaintiffs made at the hearing that caused the Court to grant leave to amend. Accordingly, it is hereby **ORDERED** that the FAC is **STRICKEN**.  It is further **ORDERED** that because Plaintiffs were unable to amend to assert a claim for quiet title based on their alleged payment of the full balance of the loan, and because Plaintiffs have not identified any other grounds for further delaying

foreclosure of the property, the Court finds that any further amendment would be futile. This case is therefore **DISMISSED WITH PREJUDICE**. The Clerk of Court shall **CLOSE** this case. No further filings will be accepted.

It is **SO ORDERED**.

Dated: September 11, 2023

_____
Hon. Cathy Ann Bencivengo
United States District Judge